No. 14,820.

BUTLER, CONSERVATOR *v.* BYRNE.
(120 P. [2d] 196)

Decided November 17, 1941.   Rehearing denied December 15, 1941.

Mr. HARRY A. KING, for plaintiff in error.

Mr. CHARLES E. FRIEND, for defendant in error.

*En Banc.*

PER CURIAM.

Mr. Chief Justice Francis E. Bouck not participating. Mr. Justice Young, Mr. Justice Bakke, and Mr. Justice Knous are in favor of affirmance; whereas Mr. Justice Otto Bock, Mr. Justice Burke and Mr. Justice Hilliard are in favor of reversal. The court being equally divided in opinion, the judgment stands affirmed by operation of law as provided by section 118(f) of the Colorado Rules of Civil Procedure.